IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

NOV - 6 2020

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 1:20-cr-252 |
| RAYMOND MATTHEW WHALEN, | Counts 1-3: 18 U.S.C. § 922(g)(3) (Possession of a Firearm by a Prohibited Person) |
| Defendant. | |
| | Forfeiture: 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) |

**INDICTMENT**
November 2020 Term – at Alexandria, Virginia

Count 1

THE GRAND JURY CHARGES THAT:

On or about October 29, 2019, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RAYMOND MATTHEW WHALEN, knowing that he was an unlawful user of and addicted to a controlled substance as defined by 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce a Springfield, XD Model 2, 9mm handgun.

(In violation of Title 18, United States Code, Section 922(g)(3).)

### Count 2

THE GRAND JURY FURTHER CHARGES THAT:

From on or about November 30, 2019, through February 22, 2020, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RAYMOND MATTHEW WHALEN, knowing that he was an unlawful user of and addicted to a controlled substance as defined by 21 U.S.C. § 802, did knowingly possess in and affecting interstate commerce a Glock, 19, 9mm handgun.

(In violation of Title 18, United States Code, Section 922(g)(3).)

<u>Count 3</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 27, 2020, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, RAYMOND MATTHEW WHALEN, knowing that he was an unlawful user of and addicted to a controlled substance as defined by 21 U.S.C. § 802, did knowingly possess in and affecting interstate and foreign commerce a CZ, Model 7, 9 mm handgun.

(In violation of Title 18, United States Code, Section 922(g)(3).)

## FORFEITURE NOTICE

The GRAND JURY HEREBY FINDS probable cause that the property described in this NOTICE OF FORFEITURE is subject to forfeiture pursuant to the statutes described.

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, RAYMOND MATTHEW WHALEN, is hereby notified that, if convicted of any of the offenses alleged in Counts 1 through 3 of this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used in or involved in the violation. This property includes, but is not limited to, the following:

(a) a Springfield, XD Model 2, 9mm handgun;

(b) a Glock, 19, 9mm handgun; and

(c) a CZ, Model 7, 9 mm handgun.

Pursuant to 21 U.S.C. § 853(p), RAYMOND MATTHEW WHALEN, shall forfeit substitute property, if, by any act or omission of RAYMOND MATTHEW WHALEN, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _____
Joseph G. Rieu
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney